IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
QUALITY EQUIPMENT LEASING,  )
LLC,                        )
                            )
     Plaintiff,             )
                            )     CIVIL ACTION NO.
     v.                     )      2:19cv309-MHT
                            )
SHAW TRANSFER TRUCKING      )
LLC,                        )
                            )
     Defendant.             )
```

## ORDER

It is ORDERED that the order referring this case to the United States Magistrate Judge (doc. no. 8) is vacated.

DONE, this the 23rd day of September, 2019.

                                 /s/ Myron H. Thompson
                                 **UNITED STATES DISTRICT JUDGE**